

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable J. L. Curlee, Secretary
State Board of Barber Examiners
Austin, Texas

Dear Sir:

Opinion No. 0-6572
Re: Fees for issuing reinstatements
for Barber Licenses under the
provisions of House Bill No.
230, Forty-ninth Legislature.

In replying to your recent letter you have asked
our opinion as to the date on which you shall cease issuing
reinstatements of licenses for the fee of Five Dollars ( ,5.00)
and start issuing them for Ten Dollars ($10.00), we desire to
inform you as follows:

House Bill No. 230 of the Forty-ninth Legislature
amends Article 734a, Section 20, of Vernon's Revised Civil
Statutes of Texas.

We quote from House Bill No. 230 of the Forty-ninth
Legislature, as amended, which is as follows:

"Section 20. That every registered barber
and every registered assistant barber, who con-
tinues in active practise or service, shall an-
nually on or before the 1st day of November of
each year renew his certificate of registration
which shall be issued by the Board of Barber Ex-
aminers, upon the payment of a renewal fee of
Five ($5.00) Dollars. Every certificate of regis-
tration which has not been renewed prior to that
date shall expire on the 1st day of November of
that year. A registered barber or a registered
assistant barber, whose certificate of registra-
tion has expired, may, within thirty (30) days
thereafter, and not later, have his certificate
of registration restored upon making a satisfac-
tory showing to the Board, supported by his per-
sonal affidavit, which, in the opinion of the

Board, will excuse the applicant for having failed to renew his certificate within the time required by this Act. Any registered barber who retires from the practice of barbering for not more than five (5) years may renew his certificate of registration by making proper showing to the Board, supported by his personal affidavit, which in the opinion of the Board would justify the Board in issuing a certificate to such applicant as upon an original application upon payment of a fee of Ten ($10.00) Dollars when filing affidavit as fee for making examination."

The foregoing bill carried an emergency clause, but on account of the lack of a record vote in the Senate the effective date of this bill is ninety (90) days after June 5, 1945, which will be September 4, 1945, and on this date for this year you can start collecting the Ten Dollar ($10.00) fee from applicants for reinstatement.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Brandon Bickett

Brandon Bickett
Assistant

BB:mp

